UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| WILLIAM WILLIS, # 420876, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-1370 |
| | ) | |
| v. | ) | Honorable Gordon J. Quist |
| | ) | |
| MICHAEL BORE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## REPORT AND RECOMMENDATION

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On November 28, 2016, plaintiff filed this lawsuit against Michael Bore. On October 24, 2017, the Court issued a notice of impending dismissal. (ECF No. 15). The Notice explained why plaintiff's effort to serve defendant was "manifestly insufficient" and it outlined the steps that he needed to take on or before November 30, 2017, to avoid dismissal of this lawsuit pursuant to FED. R. CIV. P. 4(m). Plaintiff has taken no action.

### Recommended Disposition

For the reasons set forth herein, I recommend that this lawsuit be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated:  March 30, 2018            /s/  Phillip J. Green
                                  PHILLIP J. GREEN
                                  United States Magistrate Judge

## **NOTICE TO PARTIES**

ANY OBJECTIONS to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b). All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b). Failure to file timely and specific objections may constitute a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008). General objections do not suffice. *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).