UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WILLIS, # 420876,

        Plaintiff,

v.

MICHAEL BORE,

        Defendant.

_____/

Case No. 1:16-CV-1370

Hon. Gordon J. Quist

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 30, 2018. The Report and Recommendation was served on Plaintiff via United States mail on April 2, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed March 30, 2018, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

A separate judgment will enter.

Dated: April 26, 2018                                                     /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE